# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN SAMUEL BRAUNSTEIN,
Petitioner,

vs.

STEVEN GRIERSON, EIGHTH JUDICIAL
DISTRICT COURT CLERKS OFFICE,
IN/FOR COUNTY OF CLARK NV,
Respondent.

No. 70434

FILED

JUN 1 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus or prohibition. Petitioner seeks an order directing the clerk to not delay in filing documents. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Douglas

_____, J.
Gibbons

cc: Steven Samuel Braunstein
Attorney General/Carson City
Eighth District Court Clerk

16-18943